AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Amanda RUBIO<br>YOB: 1986 Citizenship: USC<br><br>Defendant(s) | Case No. M-19-2231-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 15, 2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Possession with Intent to Distribute Methamphetamine |
| 21 U.S.C. § 952 | Illegal Importation of Methamphetamine |

This criminal complaint is based on these facts:
On September 15, 2019, Amanda RUBIO was detained attempting to enter the United States through the Hidalgo, Texas Port of Entry with approximately 21.86 kilograms of methamphetamine in the vehicle she was driving.
SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

Approved: M.R.M.
9/16/19

_____
Complainant's signature

Juan J. Flores, Jr. HSI, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 9/16/2019 -8:19 a.m.

_____
Judge's signature

City and state: McAllen, Texas

U.S. Magistrate Judge Juan F. Alaniz
Printed name and title

Attachment "A"

On September 15, 2019, a Dodge Durango by Amanda RUBIO attempted to make entry at the Hidalgo, Texas Port of Entry. Rubio's vehicle was selected for post primary inspection by Customs and Border Protection Officer (CBPO) N Hinojosa. In secondary inspection, the assistance of CBPO E. Clough and his Narcotics Detection Dog (NDD) was requested. The NDD alerted to the gas tank area of the vehicle. A more intensive inspection was conducted with a gamma ray machine where anomalies were discovered in the gas tank area of the vehicle. Further physical inspection of the vehicle revealed a total of 61 packages concealed in the gas tank area of the vehicle. The 61 packages weighed approximately 21.86 kilograms and field-tested positive for properties of methamphetamine.

Homeland Security Investigations (HSI) Special Agents (SA) were was advised of the situation. SA's responded to the Hidalgo, Texas Port of Entry to interview RUBIO. HSI SA's read RUBIO her Miranda rights as witnessed by a CBPO. RUBIO waived her rights in writing and elected to speak to the HSI SA's. RUBIO admitted knowledge of the illegal narcotics in the vehicle she was driving. She stated she was instructed to cross the illegal narcotics from Mexico to Houston, Texas by unidentified individuals. According to RUBIO, she stated she knew there were illegal drugs in the Durango, she just didn't know what type.